Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff ERIC DELAROSA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DELAROSA, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO.: 2:16-cv-8544 PJW**<br><br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE HONORABLE COURT HEREIN:**

**PLEASE TAKE NOTICE** that on July 11, 2017, the parties and counsel participated in a private mediation, and reached an agreement resolving all of the issues arising out of the above-captioned matter.

Performance under the parties' agreement is scheduled to be completed within thirty (30) days.  Upon timely full performance, Plaintiff will be required to file a

/ / /

stipulation for dismissal of the case in its entirety.

DATED: July 12, 2017                              Respectfully submitted,


                                        By:      _/S/ Aidan W. Butler_____
                                                 Aidan W. Butler
                                                 Attorney for Plaintiff
                                                 ERIC DELAROSA