JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ERIC DELAROSA, an individual, | ) **CASE NO.: 2:16-cv-8544 PJW** |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| CAPITAL ONE, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

**TO ALL PARTIES HEREIN:**

Based upon the foregoing stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that this entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 14, 2017      By: _/s/ Patrick J. Walsh_
                                U.S. MAGISTRATE JUDGE